```
                                                       FILED
                                                 U.S. DISTRICT COURT
                                                 DISTRICT OF WYOMING

                                                    MAR - 1 2011

                                                 Stephan Harris, Clerk
                                                      Cheyenne
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| PAMELA ANN GRAY, as next friend of SG, a minor,<br><br>    Plaintiff,<br><br>vs.<br><br>NATRONA COUNTY SCHOOL DISTRICT NUMBER ONE; and RANDAL LARSON, Principal Fort Caspar Academy,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 10-CV-099-F<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT PURSUANT TO RULE 68 FED.R.CIV.P.

The Defendants, Natrona County School District Number One and Randal Larson, having made a formal offer of judgment pursuant to Rule 68, Fed.R.Civ.P. for settlement of all claims in the above referenced matter in the sum of sixty thousand dollars ($60,000.00), inclusive of costs and including attorney fees; and the Plaintiff, Pamela Ann Gray, as next friend of SG, a minor, having filed his acceptance of the offer of judgment and having filed his Request for Clerk of Court's Entry of Judgment;

IT IS ORDERED that Plaintiff, Pamela Ann Gray, as next friend of SG, a minor, recover from the aforementioned defendants the amount of sixty thousand dollars ($60,000.00), inclusive

of costs and attorney's fees, accrued to this date. Judgment to bear post-judgment interest at the lawful rate from date of entry hereof until paid.

DATED this 1st day of March, 2011.

STEPHAN HARRIS, CLERK OF COURT

BY: *Josephine Salzman*
Deputy Clerk